UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARGARITO DOMANTAY,

    Plaintiff,

v.                                                    Case No: 8:14-cv-2056-T-36TGW

ELITE MANAGEMENT AND
PROCESSING, LLC and RICHARD
KECH,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on September 23, 2015 (Doc. 23). In the Report and Recommendation, Magistrate Judge Wilson recommends that Plaintiff's Motion for Award of Costs and Attorney's Fees (Doc. 20) be granted to the extent that an amended judgment be entered awarding the Plaintiff an additional amount of $4,445.00 in attorneys' fees, and $487.25 in costs, pursuant to 15 U.S.C. 1692k. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 23) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)  Plaintiff's Motion for Award of Costs and Attorney's Fees (Doc. 20) is **GRANTED**.

(3)  The Clerk is directed to enter a judgment in favor of Plaintiff, jointly and severally, against Defendants Elite Management and Processing, LLC, and Richard Kech as to fees and costs, awarding Plaintiff $4,445.00 in attorneys' fees and $487.25 in costs, for a total of $4,932.25 pursuant to 15 U.S.C. 1692k.

**DONE AND ORDERED** at Tampa, Florida on October 14, 2015.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record